Daniel Eaton *et al.*

*v.*

Dorman T. Warren *et al.*

Writ of Error to the Superior Court of Chicago.

Messrs. Miller & Lewis, Waller, Stearns & Copeland and Mr. James B. Goff, for the plaintiffs in error.

Messrs. Waite & Clarke, for the defendants in error.

Mr. Justice Breese: This case is in all essential particulars identical with the preceding case, *Eaton* v. *Sanders et al.* The same facts appear in the decree by recital therein, and that is a sufficient finding. *Nichols* v. *Thornton*, 16 Ill. 113.

The decree is affirmed.

*Decree affirmed.*